IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

| | |
|---|---|
| IN THE MATTER OF<br>JANE DOE, ET. AL.<br>AND MARY DOE, ET. AL.<br><br>PLAINTIFF.<br><br>VS.<br><br><br>KNOX COUNTY BOARD OF EDUCATION<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:22-CV-00063<br>)<br>) DISTRICT JUDGE<br>) KATHERINE CRYTZER<br>)<br>) MAGISTRATE JUDGE<br>) DEBRA POPLIN<br>)<br>) JURY DEMANDED |

## STIPULATION OF DISMISSAL OF MARY DOE
## PURSUANT TO FED. R. CIV. P. 21

Mary Doe and Knox County Board of Education, having resolved their differences, and pursuant to Fed. R. Civ. P. 21,[1] stipulate that the claims of Mary Doe are dismissed with prejudice. The claims of Jane Doe are not affected.

---

[1] Previously, Plaintiffs submitted a stipulation of dismissal under Rule 41(a)(1)(A)(ii). However, authority exists that stipulations of a single party should be accomplished through Rule 21, as Rule 41 concerns an "action," not a party. *Artisan Estate Homes, LLC v. Hensley Custom Bldg. Grp., LLC*, 2023 U.S. Dist. LEXIS 98880, *2 (S.D. Ohio 2023)(converting a Rule 41 stipulation to Rule 21). Accordingly, the parties submit this as a substitute dismissal.

1

Respectfully submitted,

**GILBERT LAW, PLLC**

/s Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423-756-8203
Facsimile: 423-756-2233
justin@schoolandworklaw.com

&

**THE SALONUS FIRM, PLC**

/s Jessica F. Salonus
JESSICA F. SALONUS (TN Bar No. 28158)
139 Stonebridge Boulevard
Jackson, TN 38305
Telephone: 731-300-0970
jsalonus@salonusfirm.com

**KNOX COUNTY LAW DEPARTMENT**

s/Amanda Lynn Morse
Amanda Lynn Morse (BPR# 032274)
Jessica Jernigan-Johnson (BPR# 032192)
Deputy Law Director
Suite 612, City-County Building
400 Main Street
Knoxville, TN 37902
(865) 215-2327

**CERTIFICATE OF SERVICE**

I certify that this Stipulation of Dismissal pursuant to Rule 21 was served upon all counsel of record for the Defendants, including Amanda Morse and Jessica Johnson, through the Court's ECF system on December 4, 2023.

/s Justin S. Gilbert